1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,       )   CR No. 09-0358 MAG
                                   )
14         Plaintiff,              )
                                   )   STIPULATION AND
15      v.                         )   ORDER EXCLUDING TIME UNDER
                                   )   THE SPEEDY TRIAL ACT FROM APRIL
16 SHERYL A. SCHLOCKER,            )   28, 2009, TO JUNE 10, 2009
                                   )
17                                 )
           Defendants.             )
18 _____)

19     On April 28, 2009, the parties in this case appeared before the Honorable Bernard

20 Zimmerman for an initial appearance.  At that time, the parties stipulated that time should be

21 excluded from the Speedy Trial Act calculations from April 28, 2009, to June 10, 2009 for

22 effective preparation of defense counsel.  The parties represented that granting the continuance

23 was for the reasonable time necessary for effective preparation of defense counsel, taking into

24 account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties

25 //

26 //

27 //

28 //

   //

Stipulation and Order
CR No. 09-0358 MAG                    1

1  also agreed that the ends of justice served by granting such a continuance outweighed the best
2  interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).
3  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

6  DATED: 05/07/2009                    _____/s/_____
WENDY THOMAS
Special Assistant United States Attorney

8  DATED: 5/11/09                       _____/s/_____
EAN VIZZI
Attorney for Sheryl A. Schlocker

11    As the Court found on April 28, 2009, and for the reasons stated above, the Court finds that
12  an exclusion of time between April 28, 2009, to June 10, 2009, is warranted and that the ends of
13  justice served by the continuance outweighs the best interests of the public and the defendants in
14  a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance
15  would deny defendant and deny defense counsel the reasonable time necessary for effective
16  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
17  of justice.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

19  SO ORDERED.

21  DATED May 26, 2009                  _____
BERNARD ZIMMERMAN
United States Magistrate Judge